ACCEPTED
01-16-00768-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/24/2018 11:00 AM
CHRISTOPHER PRINE
CLERK

## No. 01-16-00768-CR

In the Court of Appeals
For the First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/24/2018 11:00:14 AM

CHRISTOPHER A. PRINE
Clerk

———————◆———————

## No. 1487627
In the 337th District Court
Of Harris County, Texas

———————◆———————

**Ruben Lee Allen**
*Appellant*

v.

**The State of Texas**
*Appellee*

———————◆———————

## State's Motion for Leave to File Supplemental Brief

———————◆———————

To the Honorable Court of Appeals:

The State asks for leave to file a supplemental brief.

In December 2017, the State has filed a motion for *en banc* reconsideration in this case regarding this Court's holding on court costs. That motion is still pending.

In April 2018, the State's appellate counsel had oral argument before a panel of the Fourteenth Court on an issue closely related to the relevant issue in this case. As a result of that argument the State's appellate counsel

conducted additional research into the original meaning of the Texas constitution as it relates to court costs.

The State believes that research — which is contained in the supplemental brief, and which has now been submitted to two panels of the Fourteenth Court — bears directly on an issue addressed by this Court on original submission. The State believes it would be inappropriate to not provide this Court with this research.

The State's supplemental brief contains 2,172 words. Adding this amount to the State's motion for rehearing (1,179 words) still leaves the State well below the 4,500 words the Rules of Appellate Procedure allow for motions for rehearing.

Respectfully submitted,

/s/ C.A. Morgan
**CLINT MORGAN**
Assistant District Attorney
Harris County, Texas
1301 Prairie, Suite 500
Houston, Texas  77002
713 274 5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

## Certificate of Service

I certify that I have requested that efile.txcourts.gov electronically

serve a copy of this motion to:

Nicholas Mensch
nicholas.mensch@pdo.hctx.net

/s/ C.A. Morgan
**CLINT MORGAN**
Assistant District Attorney
Harris County, Texas
1301 Prairie, Suite 500
Houston, Texas  77002
713 274 5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

Date: May 24, 2018